UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS RIVAS GARCIA,

Petitioner,

v.

CURRENT OR ACTING FIELD
DIRECTOR et al.,

Respondents.

No.  1:26-cv-03245-DAD-SCR (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. Nos. 1, 2, 11)

Petitioner Jose Luis Rivas Garcia, A-File No. 204-734-331, is a federal immigration detainee proceeding *pro se* with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending petition for writ of *habeas corpus* (Doc. No. 1) be granted.  (Doc. No. 11.)  Specifically, the magistrate judge found that petitioner's detention violates due process and concluded that the appropriate remedy was to order petitioner's immediate release.  (*Id.* at 5–8.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 8.)  On May 14, 2026, Respondents filed objections to the findings and recommendations.  (Doc. No. 12.)

1

Respondents' sole argument presented in their objection is that "Respondents respectfully object to the findings and recommendations for the reasons stated in their Answer to the Petition for Writ of Habeas Corpus[.]" (*Id.* at 1.)  This objection does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on May 8, 2026 (Doc. No. 11) are ADOPTED;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1), is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner Jose Luis Rivas Garcia, A-File No. 204-734-331, from respondents' custody;

   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without notice and a hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a);

3. Petitioner's motion to appoint counsel (Doc. No. 2) is DENIED as having been rendered moot by the granting of the petition for writ of *habeas corpus*;

4. The Clerk of the Court is directed to serve the Mesa Verde Detention Center with a copy of this order; and

5. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:    **May 15, 2026**                          _____

                                                   DALE A. DROZD
                                                   UNITED STATES DISTRICT JUDGE

2